**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 05-4125**

―――――――――――

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　　　Plaintiff - Appellee,

　　　versus

STEPHEN GREEN,

　　　　　　　　　　　　　　　　　　Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CR-03-80)

―――――――――――

Submitted: July 29, 2005　　　　　　Decided: August 17, 2005

―――――――――――

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――――

Vacated and remanded by unpublished per curiam opinion.

―――――――――――

Frank W. Dunham, Jr., Federal Public Defender, Charles D. Lewis, Assistant Federal Public Defender, Richmond, Virginia, for Appellant. Angela Mastandrea-Miller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In this appeal, the parties have filed a joint motion to remand to correct an erroneous sentence. Stephen Green pled guilty to a single count of conspiracy to distribute heroin, in violation of 21 U.S.C. §§ 841, 846 (2000), and was sentenced to fifty months' imprisonment followed by four years' supervised release. In January 2005, the district court found Green in violation of the conditions of his supervised release and sentenced him to four years' imprisonment. Green's crime of conviction is a Class C felony. See 18 U.S.C. § 3559(a)(3) (2000). A district court may sentence a defendant to no more than two years' imprisonment on the basis of a revocation proceeding where the underlying conviction is a Class C felony. 18 U.S.C. § 3583(e)(3) (2000). The district court's imposition of a four year sentence thus exceeds the statutory maximum allowable. Accordingly, we vacate the district court's order and grant the motion to remand for resentencing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

VACATED AND REMANDED